In the Matter of the Claim of JOHN J. MULDERRY, Appellant, against COYLE WRECKING CORP., INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Submitted November 15, 1939; decided November 30, 1939.

*Neil Hesson, Jr.,* and *Donald Gallagher* for appellant.
*George J. Hayes* and *Bernard Botein* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.